# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, | § § § | |
| v. | § § | Civil Action No. 2:15-cv-01688-WCB |
| COMCAST CORPORATION F/K/A COMCAST HOLDINGS CORPORATION D/B/A COMCAST CABLE CORPORATION, LLC, ET AL. | § § § § § | **LEAD CASE** **JURY TRIAL DEMANDED** |
| MCDONALDS CORPORATION, ET AL. | § § § | Civil Action No. 2:15-cv-01691-WCB |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and Dismissal Without Prejudice of all counterclaims asserted between plaintiff LOCATION SERVICES IP, LLC and defendants MCDONALD'S CORPORATION and MCDONALD'S USA LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is here by

ORDERED, ADJUDGE AND DECREED that all claims asserted in this suit between plaintiff LOCATION SERVICES IP, LLC and defendants MCDONALD'S CORPORATION and MCDONALD'S USA LLC are hereby dismissed with prejudice, and all counterclaims are hereby dismissed without prejudice.

It is furthered ORDERED that all attorneys' fees and cost are to be borne by the party that incurred them.

IT IS SO ORDERED.

SIGNED this 24th day of May, 2016.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE